UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VANGUARD MARINE INC. | * | CIVIL ACTION NO. 21-2269 |
| VERSUS | * | SECTION |
| BUNGE NORTH AMERICA, INC. | * | JUDGE |
| | * | MAG. |

\* \* \* \* \* \* \* \*

## **COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Vanguard Marine Inc., as owner of the M/V AFROS ("Plaintiff"), who represents upon information and belief, as follows:

1.

This is an admiralty and maritime claim within the meaning of 28 U.S.C. §1333 and Rule 9(h) of the Federal Rules of Civil Procedure.

2.

At all times material hereto, Vanguard Marine Inc. ("Vanguard") was a company organized and existing under and by virtue of the laws of the Marshall Islands, with its principal place of business in a foreign country and was the owner of the M/V AFROS.

3.

At all times material hereto, Bunge North America, Inc. ("Bunge") was a New York corporation with its principal place of business in Missouri and is the owner and operator of the Bunge Grain Elevator located in Destrehan, Louisiana.

4.

The M/V AFROS is a bulk carrier bearing IMO number 9746803 and flagged under the laws of the Marshall Islands.

5.

At all times material hereto, Plaintiff Vanguard used due diligence to make the M/V AFROS seaworthy, and prior to the incident described herein, the M/V AFROS was tight, staunch, strong, fully and competently manned, properly equipped and supplied, and in all respects seaworthy and fit for the service in which she was engaged.

6.

Prior to berthing at the Bunge Grain Elevator, a berth application was signed binding the vessel owner, Vanguard, and the elevator operator, Bunge, to a contract for Bunge to load a grain cargo into the M/V AFROS at the Bunge Grain Elevator pursuant to the Bunge tariff. Pursuant to that agreement, Bunge was obligated to load the M/V AFROS continuously and to complete the loading as quickly as reasonably possible under the circumstances.

7.

On 14 May 2021, the M/V AFROS berthed at the Bunge Grain Elevator in Destrehan for Bunge to load a cargo of soybean meal and yellow corn into the vessel's

five holds and, at all times, the M/V AFROS was in continuous readiness to receive the grain cargo while at the Bunge Grain Elevator berth in May 2021.

8.

Bunge commenced loading cargo into the M/V AFROS at 0450 on 14 May and cargo loading was continuous, except for one Bunge 35-minute stoppage period, until 0715 on 15 May 2021.

9.

On 15 May 2021 at 0715, one of the M/V AFROS's rotor sails, which provides wind-assisted propulsion to the vessel, made light contact with a Bunge Grain Elevator loading spout.

10.

As a result of this contact with the Bunge Grain Elevator loading spout, the rotor sail was slightly displaced from its rollable cradle. Shortly after the vessel's rotor sail contacted the Bunge Grain Elevator loading spout, Bunge unilaterally decided to temporarily suspend cargo loading operations, even though the M/V AFROS remained in continuous readiness to receive cargo.

11.

The damage to Bunge Grain Elevator's loading spout was determined to be minor, approximately $1,750 according to Bunge's surveyor Budwine & Associates, and did not prevent Bunge from immediately resuming cargo loading operations to the M/V AFROS.

12.

After the incident, the vessel's crew used lashings to secure the rotor sail into

position on the vessel's starboard side with the rotor having a slight lean forward and toward the outer rail.

13.

The vessel's Master inspected the secured rotor and was satisfied the rotor was in a safe and secure position, that it would not present a safety hazard for the vessel or its personnel or Bunge or its stevedore personnel, that it would not impede or in any way affect Bunge's cargo loading operation, and that it would not affect the vessel's safe navigation on the Mississippi River after the completion of cargo loading at the Bunge Grain Elevator.

14.

On 15 May at 1030 the Master notified Bunge the vessel was fully ready to receive cargo and Bunge should resume cargo loading operations.

15.

In response to the Master's request for Bunge on 15 May at 1030 to resume cargo loading operations, Bunge refused to recommence loading cargo to the M/V AFROS.

16.

Although Bunge had an engineering firm, Lanier & Associates Consulting Engineers, Inc. ("Lanier"), conduct a site visit to the Bunge Grain Elevator on 15 May 2021 after this incident, the Lanier engineer only recommended that the disconnected rotor should be barricaded to restrict access to personnel until the rotor could be secured or repaired.  Lanier did not recommend to Bunge that the cargo operations should be terminated due to the condition/position of the rotor, or that the vessel should vacate the

4

berth due to the rotor's condition or position.

17.

Bunge representatives informed the Master that unless the rotor was laid down on the vessel's deck – which was a physical impossibility for the M/V AFROS – the vessel would be ordered to vacate the Bunge Grain Elevator berth.

18.

The Master informed the Bunge representatives that the rotor could not be laid down on deck, but assured Bunge that the rotor was safely secured and did not present a hazard to anyone or an impediment to loading and that cargo loading should proceed.

19.

Despite the Master's request to continue cargo loading operations, Bunge improperly and without any reasonable basis ordered the vessel to vacate the Bunge Grain Elevator berth.

20.

Bunge's demand for the M/V AFROS to vacate the berth was neither based on a proper, thorough or technical investigation of the stability of the rotor nor a competent expert determination that the rotor presented a safety hazard to Bunge personnel and the loading operation, but rather was solely an arbitrary, unsupported decision that was not reasonable under the circumstances.

21.

Based on the Bunge tariff, once a vessel is ordered into the Bunge berth, the vessel can be ordered out of the berth by Bunge only under the following very limited

circumstances:

(1) when Bunge is confronted by a reasonable operating need to receive or ship a particular grade or kind of grain;

(2) to facilitate conditions at the dock;

(3) when there is not the proper kind, quality or grade of grain in the elevator to load the vessel without delay to the vessel or elevator;

(4) the vessel refuses to work overtime, at Owner's expense, to load cargo 24 hours per day; or

(5) the vessel fails to maintain continuous readiness to receive grain at full normal rate throughout.

22.

None of these very limited circumstances existed as of 1030 on 15 May 2021 and, therefore, Bunge breached the tariff, and acted in a negligent, arbitrary manner by wrongfully evicting the M/V AFROS from the Bunge Grain Elevator berth on 15 May 2021, as Bunge had no basis under the contract or maritime law to refuse to resume continuous loading of the M/V AFROS or to require the vessel to depart the berth.

23.

Bunge's breach of contract and wrongful eviction of the M/V AFROS forced the vessel's Master to order pilots, tugs and linesmen to depart the berth on 15 May 2021 and Vanguard to needlessly incur the charges for those services.

24.

When the pilot, linesmen and tugs arrived at the M/V AFROS on 15 May to assist the vessel to comply with Bunge's eviction order from the berth, the vessel could not depart from the Bunge Grain Elevator berth because Bunge's equipment was obstructing the vessel's ability to depart. The obstructions resulted in the vessel not being able to timely depart, so the original pilot left the vessel, a new pilot had to be ordered, and unnecessary costs and expenses were incurred due to Bunge's breach of contract and its intentional, willful and/or negligent acts of obstructing the vessel's departure.

25.

The vessel ultimately sailed from Bunge's Grain Elevator on 15 May 2021 at 2245 and sailed down river to the Poland Avenue Wharf where the vessel berthed and, subsequently, repairs to the rotor sail were performed.

26.

The M/V AFROS returned to Bunge's Grain Elevator on 25 May at 2330 and cargo loading started on 26 May at 0108 and, after various Bunge-directed stoppages, cargo loading was completed on 27 May at 0010.

27.

Less than 24 hours of cargo loading was required to complete the loading of the M/V AFROS on 15 May 2021 when Bunge improperly breached the terms of the tariff, terminated cargo loading and wrongfully ordered the M/V AFROS to vacate the Bunge Grain Elevator berth.

28.

As a result of Bunge's breach of contract and tortious conduct, Plaintiff Vanguard incurred additional, unnecessary and needless fees, charges and expenses including, but not limited to, the following:

a. Additional pilotage fees departing Bunge on 15 May of $13,649.93 and re-berthing at Bunge on 25 May of $9,625.05;

b. Additional tug assistance fees departing Bunge on 15 May of $16,786.12 and re-berthing at Bunge on 25 May of $26,880;

c. Additional line handlers' fees departing Bunge on 15 May (an unknown sum) and re-berthing at Bunge on 25 May of $4,800;

d. The double dockage charges and other fees of $142,000 imposed by Bunge for the re-berthing at Bunge on 25 May;

e. Delay penalty charge of $78,750 improperly imposed by Bunge under its tariff for alleged extra time spent at Bunge's grain elevator on 15 May;

f. Lost grain charge of $44,940 improperly imposed by Bunge for grain on Bunge's conveyors that Bunge refused to load into the M/V AFROS on 15 May that was incorrectly characterized as "spillage";

g. Dockage, lineman and tug charges at Poland Avenue of $57,738.35; and

h. Additional agency fees and associated expenses of $2,775 with departing Bunge on 15 May and re-berthing at Bunge on 25 May.

29.

At present, although not all invoices have been received, these fees, charges and expenses total approximately $397,944.45.

30.

Plaintiff Vanguard is entitled to judgment against Bunge awarding Plaintiff all damages caused by Bunge's breach of contract and unreasonable and wrongful decision and tortious action to terminate cargo loading operations and improperly order that the M/V AFROS vacate the Bunge Grain Elevator berth until repairs to the rotor sail were performed following the 15 May 2021 incident, including but not limited to the additional fees, expenses and charges outlined above, totaling approximately $397,944.45, plus interest, reasonable attorneys' fees, and costs incurred in the prosecution of its rights and claims against Bunge.

WHEREFORE, Plaintiff, Vanguard Marine Inc., prays that:

1.  Defendant, Bunge North America, Inc., be summoned to appear and answer all and singular the allegations of the Complaint;

2.  After due proceedings, there be judgment in favor of Vanguard Marine Inc. awarding it damages for Bunge's breach of contract and unreasonable and wrongful decision and tortious action to terminate loading operations and improperly order that the M/V AFROS vacate the Bunge Grain Elevator berth until permanent repairs to the rotor sail could be performed, together with legal interest, attorneys' fees, and costs; and

3. Plaintiff have such other and further relief as may be just and appropriate under the circumstances.

          Respectfully submitted,

          MURPHY, ROGERS, SLOSS,
            GAMBEL & TOMPKINS

          */s/ Robert H. Murphy*

          _____
          Robert H. Murphy, T.A. (#9850)
          rmurphy@mrsnola.com
          Peter B. Sloss (#17142)
          psloss@mrsnola.com
          Donald R. Wing (#29486)p
          dwing@mrsnola.com
          701 Poydras Street
          Suite 400, Hancock Whitney Center
          New Orleans, LA 70139
          Telephone: (504) 523-0400
          Fax: (504) 523-5574
          *Attorneys for Plaintiff, Vanguard Marine Inc.*

Please Serve:
BUNGE NORTH AMERICA, INC.
Through its agent for service of process
United States Corporation Company
501 Louisiana Avenue
Baton Rouge, LA 70802
4880-3901-0054, v. 1